# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# CENTRAL DIVISION

**KHANIS MORNINGSTAR**                                                          **PLAINTIFF**
**ADC #164590**

**v.**                              **No: 4:20-cv-00835 JM**

**RITCHIE MALLETT,** *et al.*                                       **DEFENDANTS**

## **JUDGMENT**

Pursuant to the order filed this date, judgment is entered dismissing this case without prejudice.

DATED this 20th day of August, 2020.

_____
UNITED STATES DISTRICT JUDGE